IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-mc-00055-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARCIA S. KRIEGER,
WILEY Y. DANIEL,
CHRISTINE M. ARGUELLO,
ROBERT E. BLACKBURN,
PHILLIP A. BRIMMER,
R. BROOKE JACKSON,
WILLIAM J. MARTINEZ,
KRISTEN L. MIX,
KATHLEEN M. TAFOYA,
CRAIG B. SHAFFER,
MICHAEL E. HEGARTY,
BOYD N. BOLAND,
LEWIS T. BABCOCK,
STEPHEN H. ANDERSON,
JOHN W. SUTHERS,
RICK RAEMISCH,
STEVE HAGER,
JAMES FALK,
DAVID M. THORSON,
THOMAS K. LE DOUX,
MICHAEL L. PIRRAGLIA, and
JOHN W. HICKENLOOPER,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by the Court on March

12, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants.

DATED at Denver, Colorado, this 12th day of March, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/T.Lee
    Deputy Clerk